# UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA
### OFFICE OF THE CLERK

**RICHARD H. WEARE**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
SANDRA DAY O'CONNOR U. S. COURTHOUSE,
SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

*Visit our website at www.azd.uscourts.gov*

**RONNIE HONEY**
CHIEF DEPUTY CLERK
SANDRA DAY O'CONNOR U. S. COURTHOUSE,
SUITE 130
401 WEST WASHINGTON STREET, SPC
PHOENIX, ARIZONA 85003-2118

**MICHAEL S. O'BRIEN**
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701-5010

June 5, 2007

Richard W. Wieking, Clerk
United States District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

E-filing

C 07 2953 SI

**RE: Timothy J. Lauricella, v. Au Optronics Corporation, et al.,**
   Dist. of Arizona No.   CIV-07-549-PHX-HRH

Dear Mr. Wieking:

Pursuant to the certified transfer order received from your Court, the above captioned case is being transferred to your court for all further proceedings. Enclosed are certified copies of the transfer order and docket sheet. The case may be accessed via our website at: **www.azd.uscourts.gov.**

Please acknowledge receipt of same on the enclosed copy of this letter and return. Thank you.

**RICHARD H. WEARE, DCE/CLERK OF COURT**

By: **/s M. Pruneau**
    **Deputy Clerk**

cc: All Counsel
    MDL Panel

---

*The staff of the Clerk's Office ensures the effective, efficient and professional delivery of clerical and administrative services, while fostering a customer-friendly and employee-friendly environment.*

Receipt is acknowledged of the documents described herein.

New Case Number: _____

Richard W. Wieking, Clerk
U.S. District Court, Northern District of California

By: _____
     Deputy Clerk

CLOSED, MULTI-DISTRICT, STD, TRANSFER-OUT

## U.S. District Court
### DISTRICT OF ARIZONA (Phoenix Division)
### CIVIL DOCKET FOR CASE #: 2:07-cv-00549-HRH
### Internal Use Only

| | |
|---|---|
| Lauricella v. Au Optronics Corporation et al | Date Filed: 03/09/2007 |
| Assigned to: Judge H Russel Holland | Date Terminated: 06/05/2007 |
| Cause: 15:15 Antitrust Litigation | Jury Demand: Plaintiff |
| | Nature of Suit: 410 Anti-Trust |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Timothy J. Lauricella**
*on behalf of himself and all others similarly situated in Arizona*

represented by **Andrew S Friedman**
Bonnett Fairbourn Friedman & Balint PC
2901 N Central Ave
Ste 1000
Phoenix, AZ 85012-3311
602-776-5903
Fax: 602-274-1199
Email: afriedman@bffb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Boies, III**
Straus & Boies LLP
4041 University Dr
5th Floor
Fairfax, VA 22030
703-764-8700
Fax: 703-764-8704
Email: dboies@straus-boies.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ian Otto**
Straus & Boies LLP
4041 University Dr
5th Floor
Fairfax, VA 22030
703-764-8700
Fax: 703-764-8704
Email: iotto@straus-boies.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*



I hereby attest and certify that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.
CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA
By _____ Deputy

**Nathan Cihlar**
Straus & Boies LLP
4041 University Dr
5th Floor
Fairfax, VA 22030
703-764-8700
Fax: 703-764-8704
Email: ncihlar@straus-boies.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy D Battin**
Straus & Boies LLP
4041 University Dr
5th Floor
Fairfax, VA 22030
703-764-8700
Fax: 703-764-8704
Email: tbattin@straus-boies.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Au Optronics Corporation**

**Defendant**

**Au Optronics Corporation America**

**Defendant**

**Chi Mei Optoelectronics Co., Ltd.**

**Defendant**

**Chi Mei Optoelectronics USA, Inc.**

**Defendant**

**Chunghwa Picture Tubes, Ltd.**

**Defendant**

**Epson America, Inc.**

**Defendant**

**Epson Electronics America, Inc.**

**Defendant**

**Epson Imaging Devices Corporation**

**Defendant**

Fujitsu America, Inc.

**Defendant**

**Fujitsu Limited, Inc.**

**Defendant**

**Hannstar Display Corporation**

**Defendant**

**Hitachi America, Ltd.**

**Defendant**

**Hitachi Displays, Ltd.**

**Defendant**

**Hitachi, Ltd.**

**Defendant**

**International Display Technology Co., Ltd.**

**Defendant**

**International Display Technology USA, Inc.**

**Defendant**

**IPS Alpha Technology, Ltd.**

**Defendant**

**John Does 1-100**

**Defendant**

**LG Philips LCD America, Inc.**               represented by **Barry Rockwell Sanders**
Mariscal Weeks McIntyre & Friedlander PA
2901 N Central Ave
Ste 200
Phoenix, AZ 85012
602-285-5052
Fax: 602-285-5100
Email: barry.sanders@mwmf.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**LG Philips LCD Co., Ltd.**

**Defendant**

**Matsushita Electric Industrial Co., Ltd.**

**Defendant**

Mitsubishi Electric & Electronics USA, Inc.

**Defendant**

Mitsubishi Electric Corporation

**Defendant**

NEC Electronics America, Inc.

**Defendant**

NEC Electronics Corporation

**Defendant**

NEC LCD Technologies, Ltd.

**Defendant**

Panasonic Corporation of North America

**Defendant**

S-LCD Corporation

**Defendant**

Samsung Electronics America, Inc.

**Defendant**

Samsung Electronics Company, Ltd.

**Defendant**

Sanyo Electric Co., Ltd.

**Defendant**

Seiko Epson Corporation

**Defendant**

Sharp Corporation

**Defendant**

Sharp Electronics Corporation

**Defendant**

Syntax-Brillian Corp.

**Defendant**

Toshiba America, Inc.

**Defendant**

**Toshiba Corporation**

**Defendant**

**Toshiba Matsushita Display
Technology Co., Ltd.**

**Defendant**

**Sanyo North America Corp.**     represented by   **Darrell S Dudzik**
Hinshaw & Culbertson LLP
3200 N Central Ave
Ste 800
Phoenix, AZ 85012-1946
602-631-4400
Fax: 602-631-4404
Email: ddudzik@hinshawlaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/09/2007 | 1 | COMPLAINT, filed by Timothy J. Lauricella.(Friedman, Andrew) (Entered: 03/09/2007) |
| 03/16/2007 | 2 | AMENDED COMPLAINT, filed by Timothy Lauricella as to Au Optronics Corporation America, Chi Mei Optoelectronics Co., Ltd., Chi Mei Optoelectronics USA, Inc., Chunghwa Picture Tubes, Ltd., Fijitsu Limited, Inc., Fijitsu America, Inc., Hannstar Display Corporation, Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi America, Ltd., International Display Technology Co., Ltd., International Display Technology USA, Inc., IPS Alpha Technology, Ltd., LG Philips LCD Co., Ltd., LG Philips LCD America, Inc., Matsushita Electric Industrial Co., Ltd., Panasonic Corporation of North America, Mitsubishi Electric Corporation, Mitsubishi Electric & Electronics USA, Inc., NEC Electronics Corporation, NEC Electronics America, Inc., NEC LCD Technologies, Ltd., Samsung Electronics Company, Ltd., Samsung Electronics America, Inc., Sanyo Electric Co., Ltd., Sanyo North America Corp., Epson Imaging Devices Corporation, Seiko Epson Corporation, Epson America, Inc., Epson Electronics America, Inc., Sharp Corporation, Sharp Electronics Corporation, S-LCD Corporation, Syntax-Brillian Corp., Toshiba Corporation, Toshiba America, Inc., Toshiba Matsushita Display Technology Co., Ltd., John Does 1-100.(Friedman, Andrew) Modified on 3/21/2007 (DMT, ). DOCKET TEXT MODIFIED TO IDENTIFY CORRECT FILER. INCORRECTE EVENT SELECTED. THIS ENTRY HAS BEEN MODIFIED FROM COMPLAINT TO AMENDED COMPLAINT. (Entered: 03/16/2007) |
| 03/16/2007 | 3 | Filing fee paid 3/12/2007, receipt number PHX055441. This case has been assigned to the Honorable H. Russel Holland. All future pleadings or documents should bear the correct case number: CV07-549-PHX-HRH. Notice of Availability of Magistrate Judge to Exercise Jurisdiction form attached. (HIH) (Entered: 03/16/2007) |

| | | |
|---|---|---|
| 03/16/2007 | ●4 | Summons Issued as to Chi Mei Optoelectronics Co., Ltd., Chi Mei Optoelectronics USA, Inc., Au Optronics Corporation, Chunghwa Picture Tubes, Ltd., Epson America, Inc., Epson Electronics America, Inc., Epson Imaging Devices Corporation, Fujitsu America, Inc., Fujitsu Limited, Inc., and Au Optronics Corporation America. (Attachments: # 1 Au Optronics Corporation America# 2 Chi Mei Optoelectronics Co., Ltd# 3 Chi Mei Optoelectronics USA, Inc# 4 Chunghwa Picture Tubes, Ltd.# 5 Epson America, Inc# 6 Epson Electronics America, Inc# 7 Epson Imaging Devices Corporation# 8 Fujitsu America, Inc# 9 Fujitsu Limited, Inc.)(HIH, ) (Entered: 03/16/2007) |
| 03/16/2007 | ●5 | Summons Issued as to Hannstar Display Corporation, Hitachi America, Ltd., Hitachi Displays, Ltd., Hitachi, Ltd., International Display Technology Co., Ltd., International Display Technology USA, Inc., IPS Alpha Technology, Ltd., LG Philips LCD America, Inc., LG Philips LCD Co., Ltd., and Matsushita Electric Industrial Co., Ltd.. (Attachments: # 1 Hitachi America, Ltd.# 2 Hitachi Displays, Ltd# 3 Hitachi, Ltd# 4 International Display Technology Co.# 5 International Display Technology USA# 6 IPS Alpha Technology, Ltd# 7 LG Philips LCD America, Inc# 8 LG Philips LCD Co., Ltd# 9 Matsushita Electric Industrial Co)(HIH) (Entered: 03/16/2007) |
| 03/16/2007 | ●6 | Summons Issued as to Mitsubishi Electric & Electronics USA, Inc., Mitsubishi Electric Corporation, NEC Electronics America, Inc., NEC Electronics Corporation, NEC LCD Technologies, Ltd., Panasonic Corporation of North America, S-LCD Corporation, Samsung Electronics America, Inc., Samsung Electronics Company, Ltd., and Sanyo Electric Co., Ltd.. (Attachments: # 1 Mitsubishi Electric Corporation# 2 NEC Electronics America, Inc# 3 NEC Electronics Corporation# 4 NEC LCD Technologies# 5 Panasonic Corporation of North America# 6 S-LCD Corporation# 7 Samsung Electronics Amercia# 8 Samsung Electronics Company# 9 Sanyo Electric Co., Ltd) (HIH, ) (Entered: 03/16/2007) |
| 03/16/2007 | ●7 | Summons Issued as to North America Corporation, Seiko Epson Corporation, Sharp Corporation, Sharp Electronics Corporation, Syntax-Brillian Corp., Toshiba America, Inc., Toshiba Corporation, Toshiba Matsushita Display Technology Co., Ltd., and Sanyo North America Corp.. (Attachments: # 1 Seiko Epson Corporation# 2 Sharp Corporation# 3 Sharp Electronics# 4 Syntax-Brillian Corp# 5 Toshiba America, Inc# 6 Toshiba Corporation# 7 Toshiba Matsushita# 8 Sanyo North America)(HIH, ) (Entered: 03/16/2007) |
| 03/21/2007 | ●8 | NOTICE TO FILER OF DEFICIENCY re 2 Complaint,,,, filed by Hannstar Display Corporation, Matsushita Electric Industrial Co., Ltd., Chi Mei Optoelectronics USA, Inc., Fujitsu Limited, Inc., International Display Technology USA, Inc., Hitachi Displays, Ltd., NEC Electronics Corporation, IPS Alpha Technology, Ltd., Sharp Electronics Corporation, International Display Technology Co., Ltd., Fujitsu America, Inc., NEC Electronics America, Inc., Seiko Epson Corporation, Panasonic Corporation of North America, Epson Electronics America, Inc., NEC |

| | | |
|---|---|---|
| | | LCD Technologies, Ltd., LG Philips LCD Co., Ltd., John Does 1-100, Mitsubishi Electric & Electronics USA, Inc., Toshiba Matsushita Display Technology Co., Ltd., Chi Mei Optoelectronics Co., Ltd., Au Optronics Corporation America, Epson America, Inc., Toshiba America, Inc., Syntax-Brillian Corp., LG Philips LCD America, Inc., Chunghwa Picture Tubes, Ltd., Samsung Electronics America, Inc., Hitachi, Ltd., Sharp Corporation, Samsung Electronics Company, Ltd., S-LCD Corporation, Hitachi America, Ltd., Epson Imaging Devices Corporation, Sanyo Electric Co., Ltd., Toshiba Corporation, Mitsubishi Electric Corporation. Description of deficiency: Document reflects incorrect filer. Incorrect document type selected. (DMT, ) (Entered: 03/21/2007) |
| 03/23/2007 | 9 | ORDER that action is designated to the complex track. Signed by Judge H Russel Holland on 3/22/07. (DMT, ) (Entered: 03/23/2007) |
| 03/23/2007 | | (Court only) Copy of document number 9 mailed to N. Cihlar, I. Otto, T. Battin, D. Boies on this date. (DMT, ) (Entered: 03/23/2007) |
| 04/06/2007 | 10 | SUMMONS Returned Executed by Timothy J. Lauricella. Epson America, Inc. served on 3/26/2007. (McKay, Michael) (Entered: 04/06/2007) |
| 04/06/2007 | 11 | SUMMONS Returned Executed by Timothy J. Lauricella. Epson Electronics America, Inc. served on 3/26/2007. (McKay, Michael) (Entered: 04/06/2007) |
| 04/09/2007 | 12 | SUMMONS Returned Executed by Timothy J. Lauricella. Fujitsu America, Inc. served on 3/23/2007. (McKay, Michael) (Entered: 04/09/2007) |
| 04/09/2007 | 13 | SUMMONS Returned Executed by Timothy J. Lauricella. Au Optronics Corporation served on 3/23/2007. (McKay, Michael) (Entered: 04/09/2007) |
| 04/09/2007 | 14 | SUMMONS Returned Executed by Timothy J. Lauricella. NEC Electronics America, Inc. served on 3/23/2007. (McKay, Michael) (Entered: 04/09/2007) |
| 04/09/2007 | 15 | SUMMONS Returned Executed by Timothy J. Lauricella. Samsung Electronics America, Inc. served on 3/30/2007. (McKay, Michael) (Entered: 04/09/2007) |
| 04/09/2007 | 16 | SUMMONS Returned Executed by Timothy J. Lauricella. Toshiba America, Inc. served on 3/30/2007. (McKay, Michael) (Entered: 04/09/2007) |
| 04/09/2007 | 17 | SUMMONS Returned Executed by Timothy J. Lauricella. Hitachi America, Ltd. served on 4/2/2007. (McKay, Michael) (Entered: 04/09/2007) |
| 04/09/2007 | 18 | SUMMONS Returned Executed by Timothy J. Lauricella. Sharp Electronics Corporation served on 3/30/2007. (McKay, Michael) (Entered: 04/09/2007) |
| | | |

| | | |
|---|---|---|
| 04/09/2007 | 19 | SUMMONS Returned Executed by Timothy J. Lauricella. Sanyo North America Corp. served on 3/22/2007. (McKay, Michael) (Entered: 04/09/2007) |
| 04/09/2007 | 20 | SUMMONS Returned Executed by Timothy J. Lauricella. Chi Mei Optoelectronics USA, Inc. served on 3/22/2007. (McKay, Michael) (Entered: 04/09/2007) |
| 04/09/2007 | 21 | SUMMONS Returned Executed by Timothy J. Lauricella. Syntax-Brillian Corp. served on 3/22/2007. (McKay, Michael) (Entered: 04/09/2007) |
| 04/09/2007 | 22 | SUMMONS Returned Executed by Timothy J. Lauricella. Panasonic Corporation of North America served on 3/22/2007. (McKay, Michael) (Entered: 04/09/2007) |
| 04/09/2007 | 23 | SUMMONS Returned Executed by Timothy J. Lauricella. Mitsubishi Electric & Electronics USA, Inc. served on 3/22/2007. (McKay, Michael) (Entered: 04/09/2007) |
| 04/11/2007 | 24 | STIPULATION *For Extension of Time and Proposed Order* by Sanyo North America Corp.. (Dudzik, Darrell) (Entered: 04/11/2007) |
| 04/11/2007 | 25 | Notice re Order by Sanyo North America Corp. re 24 Stipulation *Proposed Order* (Dudzik, Darrell) (Entered: 04/11/2007) |
| 04/13/2007 | 26 | NOTICE of Appearance by Darrell S Dudzik on behalf of Sanyo North America Corp. (Dudzik, Darrell) (Entered: 04/13/2007) |
| 04/13/2007 | 27 | ORDER granting 24 STIPULATION; ORDERED that the deadline for SANYO to respond to the complaint shall be extended until the earliest of the following dates: (1) 45 days after the filing of a consolidated amended complaint in the LCD cases; (2) 45 days after pla provides a written notice to SANYO that he does not intend to file a consolidated amended complaint, provided that such notice may be given only after the initial case management conference in the MDL transferee court in this case; or (3) as ordered by the MDL transferee court; the extension is available is available, without further stipulation with counsel for pla or further order of the Court, to all named dfts who notify pla in writing of their intention to join this extensin; pla, SANYO, and any other named dfts that provide notice of their intention to join this extension pursuant to the preceding paragraph agree that such dft shall not contest the sufficiency of process or service of process; this stipulation does not constitute a waiver of any other defense, including but not limited to the defenses of lack of personal or subject matter jurisdiction or improper venue; pla, SANYO and any dft joining this extension pursuant to paragraph 2 agree that, notwithstanding the above paragraphs, should any dft to whom this extension applies respond to any complaint in another LCD case prior to the date contemplated by this stipulation, then such dft shall make a simultaneous response to the complaint in the above-captioned matter. Signed by Judge H Russel Holland on 4/12/2007. (LAD, ) (Entered: 04/13/2007) |
| | | |

| | | |
|---|---|---|
| 04/13/2007 | 🔾 | (Court only) Copy of document number 27 mailed to Timothy D. Battin, David Boies III, Nathan Cihlar, Ian Otto on this date. (LAD) (Entered: 04/13/2007) |
| 04/17/2007 | 🔾28 | MOTION for Admission Pro Hac Vice as to attorney David Boies on behalf of Timothy J. Lauricella. (BAS, ) (Entered: 04/17/2007) |
| 04/17/2007 | 🔾 | PRO HAC VICE FEE PAID. $ 100, receipt number PHX056760 as to David Boies, III. (BAS, ) (Entered: 04/17/2007) |
| 04/17/2007 | 🔾29 | ORDER pursuant to General Order 05-25 granting 28 Motion for Admission Pro Hac Vice.Per the Court's Administrative Policies and Procedures Manual, applicant has five (5) days in which to register as a user of the Electronic Filing System. Registration to be accomplished via the court's website at www.azd.uscourts.gov. (BAS, )(This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (Entered: 04/17/2007) |
| 04/17/2007 | 🔾30 | MOTION for Admission Pro Hac Vice as to attorney Nathan Cihlar on behalf of Timothy J. Lauricella. (BAS, ) (Entered: 04/17/2007) |
| 04/17/2007 | 🔾 | PRO HAC VICE FEE PAID. $ 100, receipt number PHX056763 as to Nathan Cihlar. (BAS, ) (Entered: 04/17/2007) |
| 04/17/2007 | 🔾31 | ORDER pursuant to General Order 05-25 granting 30 Motion for Admission Pro Hac Vice.Per the Court's Administrative Policies and Procedures Manual, applicant has five (5) days in which to register as a user of the Electronic Filing System. Registration to be accomplished via the court's website at www.azd.uscourts.gov. (BAS, )(This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (Entered: 04/17/2007) |
| 04/17/2007 | 🔾32 | MOTION for Admission Pro Hac Vice as to attorney Timothy D Battin on behalf of Timothy J. Lauricella. (BAS, ) (Entered: 04/17/2007) |
| 04/17/2007 | 🔾 | PRO HAC VICE FEE PAID. $ 100, receipt number PHX056764 as to Timothy D Battin. (BAS, ) (Entered: 04/17/2007) |
| 04/17/2007 | 🔾33 | ORDER pursuant to General Order 05-25 granting 32 Motion for Admission Pro Hac Vice.Per the Court's Administrative Policies and Procedures Manual, applicant has five (5) days in which to register as a user of the Electronic Filing System. Registration to be accomplished via the court's website at www.azd.uscourts.gov. (BAS, )(This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (Entered: 04/17/2007) |
| 04/17/2007 | 🔾34 | MOTION for Admission Pro Hac Vice as to attorney Ian Otto on behalf of Timothy J. Lauricella. (BAS, ) (Entered: 04/17/2007) |
| 04/17/2007 | 🔾 | PRO HAC VICE FEE PAID. $ 100, receipt number PHX056761 as to Ian Otto. (BAS, ) (Entered: 04/17/2007) |
| 04/17/2007 | 🔾35 | ORDER pursuant to General Order 05-25 granting 34 Motion for Admission Pro Hac Vice.Per the Court's Administrative Policies and |

| | | |
|---|---|---|
| | | Procedures Manual, applicant has five (5) days in which to register as a user of the Electronic Filing System. Registration to be accomplished via the court's website at www.azd.uscourts.gov. (BAS, )(This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (Entered: 04/17/2007) |
| 04/23/2007 | 36 | Corporate Disclosure Statement by LG Philips LCD America, Inc.. (Sanders, Barry) (Entered: 04/23/2007) |
| 04/26/2007 | 37 | SUMMONS Returned Executed by Timothy J. Lauricella. International Display Technology USA, Inc. served on 3/29/2007. (McKay, Michael) (Entered: 04/26/2007) |
| 05/02/2007 | 38 | SUMMONS Returned Executed by LG Philips LCD America, Inc.. Timothy J. Lauricella served on 4/4/2007. (McKay, Michael) Modified on 5/3/2007 (DMT, ).DOCUMENT FILED WITHOUT CASE CAPTION/CASE NUMBER, INCORRECT FILER SELECTED. ATTORNEY NOTICED TO REFILE. (Entered: 05/02/2007) |
| 05/03/2007 | 39 | NOTICE TO FILER OF DEFICIENCY re 38 Summons Returned Executed - Complaint/Habeas Petition Only filed by LG Philips LCD America, Inc.. Description of deficiency: Case number/case caption missing, incorrect filer selected. (DMT, ) (Entered: 05/03/2007) |
| 05/04/2007 | 40 | SUMMONS Returned Executed by Timothy J. Lauricella. LG Philips LCD America, Inc. served on 4/4/2004. (McKay, Michael) (Entered: 05/04/2007) |
| 06/05/2007 | 41 | CERTIFIED MDL TRANSFER ORDER Transferring case to the Northern District of California to be part of MDL 1827 (MAP) (Entered: 06/05/2007) |
| 06/05/2007 | 42 | Case transferred to Northern District of California. Transmittal letter, along with certified copies of transfer order and docket sheet Federal Expressed this date.(MAP) (Entered: 06/05/2007) |