# UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA
### OFFICE OF THE CLERK

**RICHARD H. WEARE**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
SANDRA DAY O'CONNOR U. S. COURTHOUSE,
SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

Visit our website at www.azd.uscourts.gov

**RONNIE HONEY**
CHIEF DEPUTY CLERK
SANDRA DAY O'CONNOR U. S. COURTHOUSE,
SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

**MICHAEL S. O'BRIEN**
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701-5010

June 5, 2007

Richard W. Wieking, Clerk
United States District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

**RE: Timothy J. Lauricella, v. Au Optronics Corporation, et al.,**
     **Dist. of Arizona No.   CIV-07-549-PHX-HRH**

Dear Mr. Wieking:

Pursuant to the certified transfer order received from your Court, the above captioned case is being transferred to your court for all further proceedings. Enclosed are certified copies of the transfer order and docket sheet. The case may be accessed via our website at: **www.azd.uscourts.gov.**

Please acknowledge receipt of same on the enclosed copy of this letter and return. Thank you.

**RICHARD H. WEARE, DCE/CLERK OF COURT**

**By:  /s M. Pruneau**
      **Deputy Clerk**

cc: All Counsel
    MDL Panel

---

*The staff of the Clerk's Office ensures the effective, efficient and professional delivery of clerical and administrative services, while fostering a customer-friendly and employee-friendly environment.*

Receipt is acknowledged of the documents described herein.

New Case Number: _____

Richard W. Wieking, Clerk
U.S. District Court, Northern District of California

By: _____
    Deputy Clerk