1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                              NORTHERN DISTRICT OF CALIFORNIA

10

11   IN RE TFT-LCD (FLAT PANEL)              Master File No. C07-1827 SI
     ANTITRUST LITIGATION
12

13   _____        No. C-07-2796 SI

14   THIS DOCUMENT RELATES TO

15   EMW, Inc. v. LG Philips LCD Co., Ltd. et
     al.                                      [PROPOSED] ORDER APPOINTING
16                                            INTERIM CLASS COUNSEL FOR THE
     Case No. C-07-2796 SI and                CALIFORNIA INDIRECT PURCHASERS
17                                            SUBGROUP
     ALL INDIRECT PURCHASER
18   ACTIONS

19

20

21

22

23     Plaintiff EMW, Inc.'s Motion To appoint Interim Class Counsel For the California Indirect

24   Purchasers Subgroup came on for hearing on July 10, 2007 before the Honorable Susan Illston.

25   Lingel H. Winters, Esq. and Thomas V. Girardi, Esq. appeared in behalf of plaintiff and the

26   putative class of indirect purchasers.  After reviewing the papers filed and hearing argument by

27   all parties: the court hereby enters the following order:

28

21  IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT

2

3  Plaintiff EMW's Motion To Appoint Interim Class Counsel For the California Indirect Purchasers

4  Subgroup is GRANTED and the law firms of Girardi & Keese per Thomas V. Girardi, Esq. and

5  Lingel H. Winters P.C. are appointed interim class counsel for the California Indirect Purchasers

6  Subgroup and putative class.

7

8      Dated:  July ___, 2007                    _____

9                                               Honorable Susan Illston
                                                 UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -